# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

FILED
JAMES BONINI

2011 APR -6 AM 11: 37

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

TAUNNA FLETCHER, :

    Plaintiff, : Case No. 3:11cv00083

vs. : District Judge Walter Herbert Rice
    Magistrate Judge Sharon L. Ovington

FEDERAL NATIONAL MORTGAGE :
ASSOCIATION, et al.,
:
    Defendants.

## DECISION AND ENTRY

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #7), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations docketed on March 18, 2011 (Doc. #7) is ADOPTED in full; and

2. Plaintiff's Motion for an Emergency Temporary Restraining Order (Doc. #4) is DENIED.

                                                                    Walter Herbert Rice
                                                                    United States District Judge